No. 03–6474. JACKUBOWSKI v. UNITED STATES; and BRANDON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 63 Fed. Appx. 959 (first judgment).

No. 03–6477. MEDRANO-NUNEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–6478. MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–6482. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–6483. GONZALEZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–6485. HOOK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–6486. GARCIA-BENITEZ v. UNITED STATES; AVALOS-CARDENAS v. UNITED STATES; MARTINEZ-MENDOZA v. UNITED STATES; RAMIREZ-CONTRERAS v. UNITED STATES; ROSAS v. UNITED STATES; and LOPEZ-LANDIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6489. GRAHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–6490. ISANG v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–6492. GRAY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–6493. GRANT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–6494. ISMOIL, AKA ISMAIL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–6495. HARRIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–6498. LUKER v. CITY OF DECATUR, ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.